# Exhibit "A"

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

**TO: FLETES SOTELO S.A. De C.V.**, which may be served with process by serving its registered agent, **TRUCK PROCESS AGENTS OF AMERICA, INC. at MARIA GARCIA, 1519 WYOMING, EL PASO, TX 79902** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **448th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 14th day of July, 2017 by Attorney at Law, JAMES B. KENNEDY, 6216 GATEWAY BLVD EAST, EL PASO, TX 79905 in this case numbered **2017DCV2348** on the docket of said court, and styled:

**ISRAEL SANABRIA-MEDINA vs. MARTIN ALCANTAR and FLETES SOTELO S.A. De C.V.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition, Civil Case Information Sheet, Plaintiff's Interrogatories, Requests for Disclosure, Requests for Admission and Request for Production to Defendant Fletes Sotelo S.A. De C.V., Plaintiff's Notice of Filing Redacted Medical Records of Israel Sanabria-Medina from Diagnostic Outpatient Imaging, Plaintiff's Notice of Filing Redacted Medical Bills of Israel Sanabria-Medina from Barker Chiropractic Center, Plaintiff's Notice of Filing Redacted Medical Bills of Israel Sanabria-Medina from Del Sol Medical Center, Plaintiff's Notice of Filing Redacted Medical Bills of Israel Sanabria-Medina from Emergency Services of Texas, PA, Plaintiff's Notice of Filing Redacted Medical Records of Israel Sanabria-Medina from Barker Chiropractic Center accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 26th day of July, 2017.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest: __NORMA FAVELA BARCELEAU__ District Clerk
El Paso County, Texas

By: _____, Deputy
JoAnn Fernandez

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

07/28/17
SCH3719

El Paso County - 448th District Court

# CIVIL CASE INFORMATION SHEET

Filed 7/14/2017 10:26 AM
Norma Favela Barceleau
District Clerk
El Paso County
2017DCV2348

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____  COURT *(FOR CLERK USE ONLY)*: _____

STYLED: Israel Sanabria-Medina vs. Martin Gilberto Alcantar and Fletes Sotelo S.A. De C.V.
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| | | |
|---|---|---|
| **Name:** JAMES KENNEDY | **Email:** office@kennedyworksforyou | **Names of parties in case:** |
| **Address:** 6216 Gateway Blvd. East | **Telephone:** 915.544.5200 | **Plaintiff(s)/Petitioner(s):** Israel Sanabria-Medina |
| **City/State/Zip:** El Paso Texas 79905 | **Fax:** 915.542.2423 | **Defendant(s)/Respondent(s):** Martin Gilberto Alcantar / Fletes Sotelo S.A. De C.V. |
| **Signature:** /s/ | **State Bar No:** Tx 00791014 | |

**Person or entity completing sheet is:**
[X] Attorney for Plaintiff/Petitioner
[ ] Pro Se Plaintiff/Petitioner
[ ] Title IV-D Agency
[ ] Other: _____

**Additional Parties in Child Support Case:**
Custodial Parent: _____
Non-Custodial Parent: _____
Presumed Father: _____

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract — Debt/Contract**
- [ ] Consumer/DTPA
- [ ] Debt/Contract
- [ ] Fraud/Misrepresentation
- [ ] Other Debt/Contract:

*Foreclosure*
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation

*Malpractice*
- [ ] Accounting
- [ ] Legal
- [ ] Medical
- [ ] Other Professional Liability:

- [X] Motor Vehicle Accident
- [ ] Premises

*Product Liability*
- [ ] Asbestos/Silica
- [ ] Other Product Liability List Product:

- [ ] Other Injury or Damage:

**Real Property**
- [ ] Eminent Domain/Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus—Pre-indictment
- [ ] Other:

**Employment**
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

**Other Civil**
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other:

**Tax**
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

*Probate/Wills/Intestate Administration*
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void

*Divorce*
- [ ] With Children
- [ ] No Children

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other:

**Post-judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

### Probate & Mental Health
- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other:

## 3. Indicate procedure or remedy, if applicable (may select more than 1):
- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

## 4. Indicate damages sought (do not select if it is a family law case):
- [ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [ ] Over $100,000 but not more than $200,000
- [ ] Over $200,000 but not more than $1,000,000
- [X] Over $1,000,000

Rev 2/13

El Paso County - 448th District Court

Filed 7/14/2017 10:26 AM
Norma Favela Barceleau
District Clerk
El Paso County
2017DCV2348

IN THE _____ JUDICIAL DISTRICT COURT
COUNTY COURT AT LAW NUMBER _____
EL PASO COUNTY, TEXAS

| | |
|---|---|
| ISRAEL SANABRIA-MEDINA, § <br> § <br> PLAINTIFF, § <br> § <br> VS. § <br> § <br> MARTIN GILBERTO ALCANTAR AND FLETES § <br> SOTELO S.A. DE C.V., § <br> § <br> DEFENDANTS. § | CAUSE NO.: _____ |

## PLAINTIFF'S ORIGINAL PETITION

COMES NOW, ISRAEL SANABRIA-MEDINA, Plaintiff in the above styled and numbered cause, by and through his attorney of record, JAMES B. KENNEDY, JR. of JAMES KENNEDY, P.L.L.C., and files this, PLAINTIFF'S ORIGINAL PETITION, and for cause of action would show the court the following:

### DISCOVERY CONTROL PLAN

1. Discovery will be conducted under Level III pursuant to Rule §190.4 of the TEXAS RULES OF CIVIL PROCEDURE.

### PARTIES TO THIS ACTION

2. Plaintiff resides in El Paso County, Texas.

3. Defendant Martin Gilberto Alcantar is an individual who resides and may be served with process at Hidalgo del Parral 7910, Nuevo Hipodromo, Cd. Juarez, CH 32695 or anywhere they may be found.

4. Defendant Fletes Sotelo S.A. De C.V. is an international common carrier and a Mexican Corporation doing regular and systematic business in the State of Texas. Said Defendant may be served by serving its registered agent Truck Process Agents of America, Inc. at Maria Garcia, 1519 Wyoming, El Paso, Texas 79902 or anywhere they may be found.

## JURISDICTION AND VENUE

5. Venue is proper in El Paso County, Texas because the incident made the basis of this lawsuit occurred in El Paso County, Texas.

## FACTS

6. On or about October 31st, 2016, Defendant Martin Gilberto Alcantar negligently caused an automobile accident with Plaintiff, which resulted in severe injuries and damages to Plaintiff (hereinafter "subject accident"). The negligence of Defendant Martin Gilberto Alcantar is alleged more fully below. The subject accident was the proximate cause of the injuries and damages sustained by Plaintiff, which are set forth more fully below.

## CAUSE OF ACTION

7. DEFENDANT MARTIN GILBERTO ALCANTAR proximately caused the subject accident by ways including, but not limited to, the following when he:

   (a) Failed to use the due care and caution of an ordinary and prudent person in the same or similar circumstances;

   (b) Failed to take proper evasive action;

   (c) Failed to keep a proper look-out;

   (d) Failed to follow lane control marks, which constitutes negligence *per se* (El Paso Municipal Code §12.24.010 (B)); and

   (e) Committed other negligent acts and omissions to be determined during the course of discovery.

8. The above referenced acts and omissions, whether taken singularly or in concert, constitute a direct and proximate cause of the injuries and damages sustained by Plaintiff. Furthermore, this conduct violates the Transportation Code of Texas as specified above, which constitutes negligence *per se*.

9. Martin Gilberto Alcantar was acting within the course and scope of his employment with Defendant Fletes Sotelo S.A. De C.V. when the subject accident occurred, and as a result, Defendant Fletes Sotelo S.A. De C.V. is vicariously liable for the negligent acts and omissions of Martin Gilberto Alcantar. Plaintiff invokes the doctrine of *respondeat superior*.

## DAMAGES

10. As a direct and proximate result of the negligent acts as described above, PLAINTIFF ISRAEL SANABRIA-MEDINA suffered:

    (a) Physical pain and suffering and mental anguish, past and future;

    (b) Physical impairment and disfigurement, past and future;

    (c) Reasonable and necessary medical expenses, past and future;

    (d) Lost wages and/or loss of wage earning capacity; and

    (e) Other damages;

11. PLAINTIFF ISRAEL SANABRIA-MEDINA seeks compensation in whatever amount the Jury determines to be fair and reasonable based upon the evidence, and in an amount that is within the jurisdictional limits of this Court over $1,000,000.00.

## JURY REQUEST

Plaintiff requests a Trial by Jury on all issues as set forth herein above.

## REQUESTS FOR DISCLOSURE

Pursuant to Rule 194, Defendants are requested to disclose within the time period set forth in Rule 194.3 the information or material described in Rule 194.2(a)-194.2(l).

## TRCP 193.7 NOTICE

This paragraph serves as notice under Tex. R. Civ. P. 193.7 that documents produced in response to written discovery requests served by plaintiff will be used against the producing party in any pretrial proceeding and/or trial.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that Defendants Martin Gilberto Alcantar and Fletes Sotelo S.A. De C.V. be cited to appear and answer, and that on final trial, judgment be entered against Defendants for all relief requested as follows:

1. Judgment against Defendants for actual damages in an amount that is within the jurisdictional limits of this Court over $1,000,000.00;

2. Pre and post-judgment interest, as described by law, until paid;

3. Costs of suit;

4. Such other and further relief, general and special, at law or at equity, to which Plaintiff may be justly entitled.

Respectfully Submitted,

**JAMES KENNEDY, P.L.L.C.**
6216 Gateway Blvd. East
El Paso, Texas 79905
(915) 544-5200
FAX (915) 532-2423

By: /s/James B. Kennedy, Jr.
**JAMES B. KENNEDY, JR.**
State Bar No.: 00791014

# RETURN

Came on hand on __27__ day of __July__, 20__17__, at __2130__ o'clock __P__ M., and executed in __El Paso__ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the Plaintiff's Original Petition, Civil Case Information Sheet, Plaintiff's Interrogatories, Requests for Disclosure, Requests for Admission and Request for Production to Defendant Fletes Sotelo S.A. De C.V., Plaintiff's Notice of Filing Redacted Medical Records of Israel Sanabria-Medina from Diagnostic Outpatient Imaging, Plaintiff's Notice of Filing Redacted Medical Bills of Israel Sanabria-Medina from Barker Chiropractic Center, Plaintiff's Notice of Filing Redacted Medical Bills of Israel Sanabria-Medina from Del Sol Medical Center, Plaintiff's Notice of Filing Redacted Medical Bills of Israel Sanabria-Medina from Emergency Services of Texas, PA, Plaintiff's Notice of Filing Redacted Medical Records of Israel Sanabria-Medina from Barker Chiropractic Center, at the following times and places, to-wit:

| NAME | MONTH | DAY | YEAR | Hour | Min. | .M. | Place, and Course and Distance From Court House |
|---|---|---|---|---|---|---|---|
| Fletes Sotelo S.A. De CV by delivering to its Registered Agent Truck Process Agents of America, INC. Maria Garcia | 07 | 28 | 2017 | 2:43 | | p.m | 1519 Wyoming Ave. El Paso Texas 79903 |

And not executed as to the defendant, _____

the diligence used in finding said defendant, being _____
and the cause of failure to execute this process is: _____
and the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ cop ____ $ _____ Sheriff
_____ County, Texas
Total ____ $ ____ By _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to __Fletes Sotelo S.A. De CV by delivering to its Registered Agent Truck Process Agents of America, INC. Maria Garcia__ on the __28__ day of __July__, 20__17__, at __343__ o'clock __p__ m. this copy of this instrument.

_____ sc#3719 _____, Sheriff/Agent
_____ El Paso _____ County, Texas
By __Sal Payan__ sc#3719, Deputy/Agent

SUBSCRIBED AND SWORN TO BEFORE ME ON THE __28TH__ DAY OF __July__, 20__17__

(SEAL)

JOEL PAYAN
Notary Public, State of Texas
Comm. Expires 02-23-2020
Notary ID 124398865

NOTARY PUBLIC, STATE OF TEXAS

FILED NORMA FAVELA BARCELEAU 2017 AUG -1 AM 10:25 EL PASO COUNTY, TEXAS DISTRICT CLERK